The People of the State of New York, Respondent, v. Louis Buchalter, Max Silverman and Harold Silverman, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed in all respects as to all three defendants, with modification, however, as to the conviction of Buchalter and Max Silverman on the third count which should be reversed and dismissed. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application for the Revocation of Letters of Administration on the Goods, Chattels and Credits of Cora Clayborne, Also Known as Cora Roberts, and Also Known as Cora A. Clayborne, Deceased, Issued to Benjamin F. Clayborne. Benjamin F. Clayborne, Petitioner, Appellant; Dorothy Roberts Fernandez, Respondent.— Order unanimously affirmed, with costs to the respondent, without prejudice to a further application for a new hearing upon proper papers. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of Josephine Platt, Deceased, as a Will of Real and Personal Property. Hattie P. Wolff, Contestant, Appellant, Respondent; Simon M. Platt and Gertrude P. Thorner, Proponents, Respondents, Appellants.— Order affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., dissents and votes to modify the order in so far as to deny the motion to set aside the answer to issue No. 3, and as so modified to affirm the said order.

In the Matter of the Judicial Settlement of the Account of Proceedings of Title Guarantee and Trust Company and William F. Brown, as Surviving Trustees, etc., of Cornelius J. Ryan, Deceased, and William F. Brown, as Ancillary Executor, etc., of Michael G. Ryan, Deceased, for the Acts of Said Michael G. Ryan, as Trustee, etc., of Said Cornelius J. Ryan, Deceased (from April 20th, 1927, to November 9th, 1937). Title Guarantee and Trust Company and Others, Appellants; Ellen Ryan Lynch and Others, Respondents.— Order, so far as appealed from, modified by striking therefrom the following provision: " Ordered that the foregoing stay shall not apply to that portion of said decree appealed from which directs the trustees to file their account as such trustees from November 9, 1937, to date; and it is further," and as so modified affirmed, without costs. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to affirm upon the ground that the condition imposed in the bond concerns a matter over which the surrogate has complete discretion and the order appealed from did not affect any substantial rights of the appellants.

H. Bernard Levine, Respondent, v. Oberman and Company, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.